# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134483

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ROBERT G. THOMPSON,
        Defendant-Appellant.

_____/

SC:  134483
COA:  276358
Saginaw CC:  74-000598-FY

On order of the Court, the application for leave to appeal the June 12, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2007

Clerk

d1217